JULIAN BACH, ESQ., STATE BAR NO. 162421
LAW OFFICE OF JULIAN BACH
17011 Beach Blvd., Suite 300
Huntington Beach, California 92647
Telephone: (714) 848-5085
Facsimile: (714) 848-5086

Attorneys for Movant,
LOANMAX CAPITAL, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WOODLAND HILLS DIVISION

In re

SASY HOLDINGS, LLC,

    Debtor and Debtor-in-Possession.

LOANMAX CAPITAL, INC.,

    Movant,

v.

SASY HOLDINGS, LLC, Debtor and Debtor-in-Possession,

    Respondents.

Case No. SV 09-23821 GM

Chapter 11

**DECLARATION OF MICHAEL P SHUSTAK, MAI IN SUPPORT OF VALUATION OF REAL PROPERTY**

Date:    Mach 12, 2010
Time:   10:00 a.m.
Place:   Courtroom 303
          U.S. Bankruptcy Court
          21041 Burbank Boulevard
          Woodland Hills, CA

### DECLARATION OF MICHAEL P SHUSTAK, MAI

I, Michael P Shustak, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts contained in this declaration, and if called upon to testify thereto I could and would testify competently to the facts contained herein.

2. I am a Senior Vice President of the Valuation Group with Grubb & Ellis, with over 15 years experience in a valuation and appraisal capacity at Grubb & Ellis. I am a California Certified General Appraiser, Member Appraisal Institute (MAI), and licensed California Real Estate Broker. I am familiar with commercial properties located in the Los Angeles County area. I have personally inspected the subject property located at 1716 S Sepulveda Blvd, Los Angeles, California 90025 (the "subject property").

3. In February 2010, I was retained to review and analyze the two Appraisal Reports filed with the Bankruptcy Court in the matter of In re Sasy Holdings, LLC, Chapter 11 Case No. SV 09-23821 GM, one prepared by JM United Appraisals dated April 28, 2009 (the "JM United Appraisal"), and the other prepared by Chua & Associates, dated November 27, 2009 (the "Chua Appraisal"), to opine on the compliance with each of those appraisals with the Uniform Standards of Professional Appraisal Practice (USPAP) and relevant state and federal laws, to perform an inspection of the subject property, and to form an opinion of the reasonableness of the value conclusions in the reviewed appraisals.

4. Attached hereto as Exhibit A is a true and correct copy of my Valuation Report for the subject property. As can be seen from the Valuation Report, it is my opinion that the value of the subject property as of November 27, 2009 is $2,700,000.00.

5. The subject property is an irregularly-shaped parcel located one legal lot south of the southeast corner of Santa Monica Boulevard and Sepulveda Boulevard, in the City of Los Angeles. The subject property is located in a good area with respect to surrounding office buildings and commercial activity, but the parking lot is such that it is less desirable for passengers in vehicles to access.

1

6. While my attached Valuation Report more thoroughly describes for the Court my analysis and conclusion of value, there are two important factors that should be considered in deriving a value for this subject property, that is (a) current market rents and (b) an adjustment and allowance for declining real estate values since the most recent purchase of the subject property by Sasy Holdings, LLC at the peak of the market in October 2007.

7. Market rents are important for deriving a valuation of the subject property utilizing the income capitalization approach. In my opinion, while neither appraisal used supportable data to derive a market rental rate, the Chua Appraisal utilized data that was not appropriate to the subject property without significant adjustment. This resulted in an unsupportably-high conclusion of market rent.

8. Additionally, one of the tenants on the subject property is a medical marijuana dispensary (the "pharmacy"), which appears to be paying a premium rent per square foot due to the unique nature of its business operations. The Los Angeles City Council recently voted to drastically limit the number and locations of stores of this type, which could have a serious impact on this tenant. Thus, any replacement for this tenant would pay rent more in line with current market rents, which would be lower than what is presently being received.

9. As is set forth in my Valuation Report, we uncovered twenty four listings and five executed leases located within one mile of the subject property on major streets (Santa Monica, Sepulveda, Olympic, Westwood and Wilshire Boulevards). The executed leases ranged from $2.10 per square foot to $3.00 per square foot and were executed between August 2009 and January 2010.

10. Based upon our research and analysis, we have concluded that the market rent for this subject property should average $3.00 per square foot per month, triple net, with a slightly reduced $2.85 per square foot for the rear unit. This market rent conclusion is support for our corrected value conclusion of $2,700,000.00.

11. Additionally, neither appraisal reconciles their value conclusion with the subject property purchase by Sasy Holdings, LLC on October 19, 2007 for $4,026,000.00; a violation of USPAP.

12. The decline in commercial property values is generally accepted to have started in or about October 2007 when Real Estate Investment Trusts (REITS) began to slow down with investments and purchases of commercial real estate holdings due to the excessive valuations. The decline in values continued further in October 2008 with the failure of Bear Sterns and Shearson Lehman, causing a near collapse of the financial markets and a shut down of commercial lending. Only in the most very recent months have the declining values in Southern California seemed to have leveled off and stabilized.

13. Neither appraisal reconciles the property value at the time of purchase with the declining market values. It is my opinion that the JM United Appraisal reaches a value consistent with the purchase price and declining values, while the Chua Appraisal is simply unacceptable, arriving at a value in 2009 that fails to provide for any adjustment or allowance for declining commercial real estate values.

14. In summary, it is my opinion that the market value of the subject property as of November 27, 2009, in its "as is" condition, is $2,700,000.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of February, 2010, at Los Angeles, California.

_____
Michael P Shustak, Declarant